## Charles J. Knaebel, Appellee, v. Guy A. Thompson, Trustee of Missouri Pacific Railroad Company.

### Term No. 45M4.

Heard in this court at the October term, 1945. Opinion filed October 26, 1945. Released for publication November 27, 1945.

WHITNEL, BROWNING, LISTEMAN & WALKER, of East St. Louis, for appellant; T. T. RAILEY and LLOYD MIDDLETON, both of St. Louis, Mo., of counsel.

F. E. MERRILLS, of Belleville, and SOL ANDREWS, of Chicago, for appellee.

MR. PRESIDING JUSTICE STONE delivered the opinion of the court.

This case is governed by Case No. 45M5. Filed in this court contemporaneous herewith.

*The cause is affirmed and remanded for further proceedings.*